NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **MARTINIQUE B. ALLEN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action No.: 12-3128 (ES)** |
| **v.** | : | |
| | : | **MEMORANDUM & ORDER** |
| **STATE-OPERATED SCHOOL DISTRICT** | : | |
| **OF THE CITY OF NEWARK,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**SALAS, DISTRICT JUDGE**

On September 4, 2013, the Court granted Defendant's motion to dismiss *pro se* Plaintiff's complaint. (D.E. Nos. 9 & 10). Pursuant to said ruling, Plaintiff was provided forty-five days to file an amended complaint. (D.E. No. 10). In the interests of fairness to *pro se* Plaintiff, on December 3, 2013, the Court provided Plaintiff an additional twenty days to file an amended complaint. (D.E. No. 11). The Court warned that failure to file an amended complaint within the twenty-day period would result in a dismissal ***with prejudice***. (*Id.*).

Having given *pro se* Plaintiff ample opportunity to file an amended complaint, and having not received an amended complaint to date,

**IT IS** on this 2nd day of January 2014,

**ORDERED** that Plaintiff's complaint is hereby dismissed *with prejudice*; and it is further

**ORDERED** that the Clerk of Court shall mark this case CLOSED.


*s/Esther Salas*
**Esther Salas, U.S.D.J.**

1